Case No,; 15-CV-01162-JLS-JMA

Brian Joseph Driscoll. Pro Se
519 Stahlman Drive
Bullhead City., Arizona 86442
Cell: 661-373-5632
Email: briansantaclarita@live.com

MISTY A. MURRAY (SBN 196870)
HINSHAW AND CULBERTSON LLP
633 West 5th Street 47th Floor
Los Angeles, CA 90071-2043
mmurray@mail.hinshawlaw.com
Telephone: 213-680-2800

**FILED**

Aug 16 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ TrishaF       DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOSEPH DRISCOLL<br><br>PLAINTIFF,<br><br>vs.<br><br>METLIFE INSURANCE; ANHEUSER-BUSCH INBEV<br><br>INC and DOE(s) 1-100.<br><br>DEFENDANTS. | Case No.: 15-CV-1162-JLS-(LL)<br><br>(Honorable) Janis L. Sammartino<br><br>1. PLAINTIFFS RESPONSE TO CLERK OF THE COURT NOTICE OF JUDGE SAMMARTINO'S DISCLOSURE OF A CONFLICT IN THIS CASE (Dkt.139)<br>2. CERTIFICATE OF SERVICE FOR ABOVE<br><br>**Complaint filed, May 25,2015** |

I am at a loss as how to adequately respond to the enclosed notice by the Clerk of the Court; John Morrill, filed and postmarked on 08/06/21 and received by me via USPO five days later. This notice is

Case No,; 15-CV-01162-JLS-JMA

very short on specifics and asks me to respond without suitable information as to the exact circumstances and when and how this alleged financial impropriety occurred.

I do not mean any disrespect, but without full disclosure, which I should be entitled to, I can only speculate and that runs the gambit. Was this an innocent mistake or was there some other nefarious reason or quid pro quo ? Any reasonable person has to be aware that insurance companies such as MetLife, profit by denying claims and end up in court pretty regularly, so I find unawareness as an excuse very suspect. In this particular case, MetLife hired a top rate Los Angeles law firm that used the common insurance practice of delay, delay, deny thereby squashing a pro se litigants resolve. Did the judge ever discuss this case or comment about insurance disability cases or ERISA itself in general with that family member and did that lead to this particular investment? Is family member a judge or attorney or in the securities business which should have known better and why was MetLife chosen? Did the judge communicate to the relative important facts and relate her opinions and attitude regarding those instances? What were the circumstances surrounding this disclosure? Did the Judge come innocently discover this transaction or were there any mitigating circumstances forcing this disclosure ? What was MetLife involvement, if any? The $ 64,000.00 question here is; when was this transaction made, was it made in the vicinity before, during or after this case because those answers could raise serious questions as to whether or not that this case was tainted or not. As stated in this notice; "... **the financial interest neither affected nor impacted her decision in this case**"; I am sorry, but I find that statement difficult to comprehend because I believe that family investments usually do not occur in a vacuum. Has there been an investigation by the Judicial Conference Code of Conduct and if not, why not? To me, no matter when the violation occurred, this notice raises serious suspicion and denigrates

Case No,; 15-CV-01162-JLS-JMA

the confidence in the impartiality of the judicial system. Therefore, I respectfully request complete transparency.

I paid my price of admission, and I was entitled to a full and fair review by an unbiased judge. All I know is I felt after the only hearing I had in person with Judge Sammartino, that she seem to dislike pro se litigants [and I cannot blame her]. Then, after reading her final ruling, I said to myself that this reads as if MetLife wrote it.

Additionally, any rule violation I allegedly made; I paid the price. For example, I tried to appeal Judge Sammartino's ruling to the Ninth Circuit that I believed to be timely and was denied by a technicality because that court does not take into consideration that pro se litigants get court notices by paper via the USPO, delayed by at least 5 days, and add another five days to send response and other delays in processing those briefs, especially during the holiday periods. I was not given additional time allowances. That puts Pro Se litigants, who already struggle with the magnitude of litigation and their illnesses as well, are at a steep disadvantage. That is why I am so quickly responding here and without legal representation. Fair play should dictate that any rule violation made by any other party to this case be dealt with as harshly and that any review of these circumstance be made by a truly independent and impartial judge, hopefully outside of this district.

Moreover, I have become quite ill and do not have the capacity for a new trial by myself, which at this point I believe to be the proper remedy. My treatments are significant. For example, after a second MRI scheduled for 09/13/2021, I will be scheduled for immediate spine surgery to remove that tumor and

Case No,; 15-CV-01162-JLS-JMA

thereafter I am scheduled for a ten week regiment of weekday radiation treatment for another cancer and this treatment cannot be delayed. In addition, I will have knee replacement surgery, as well.

Nevertheless, there is no doubt that had I had been aware of any potential conflict of interest and/or Code of Conduct violation, I would have definitely requested that the Honorable Judge Sammartino recused herself. Given this, and with all due respect, I am asking this court for pro bono legal representation and full and complete disclosure before I can properly respond to this notice.

I certify that the foregoing, to the best of my knowledge, is factual and true. A copy was mailed to Defendant via the USPO located in Bullhead City Arizona, 86442 on 08/14/2021. The original was filed via certified mail to the United States District Court, Southern District of California, Clerk of the Court; John Morrill, Office of the Clerk of Court, 333 West Broadway, Suite 420, San Diego, California 92101-3806.

Enclosed, enclosure mentioned notice. Certified mail 7017 1450 0000 6160 8532 USPO Bullhead City, Arizona, 86442 08/14/2021.

Respectfully submitted,

BRIAN JOSEPH DRISCOLL, PRO SE

END//

4 PLANTIFFS RESPONSE TO NOTICE OF CONFLICT

CADE NO.: 15-CV-01162-JLS (JMA)

Brian J. Driscoll
519 Stahlman Drive
Bullhead City, Arizona 86442





ATTENTION John Morrill c/o
United States District Court
Southern District of California
Office of the Clerk of Court
333 West Broadway Suite 420
San Diego CA 92101-3806

Brian J. Driscoll
519 Stahlman Drive
Bullhead City, Arizona 86442