UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOSEPH DISCOLL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>METLIFE INSURANCE; ANHEUSER-BUSCH INBEV INC.; and DOES 1 to 100,<br><br>Defendants. | Case No.: 15-CV-1162 JLS (LL)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is Plaintiff Brian Driscoll's Complaint (ECF No. 1) against Defendants Metropolitan Life Insurance Company and Anheuser-Busch Companies, LLC. The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: August 17, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

15-CV-1162 JLS (LL)