Case No,; 15-CV-01162-JLS-JMA

Brian Joseph Driscoll. Pro Se
519 Stahlman Drive
Bullhead City., Arizona 86442
Cell: 661-373-5632 alt 928-296-0473
Email: briansantaclarita@live.com

MISTY A. MURRAY (SBN 196870)
HINSHAW AND CULBERTSON LLP
633 West 5th Street 47th Floor
Los Angeles, CA 90071-2043
mmurray@mail.hinshawlaw.com
Telephone: 213-680-2800



FILED
Oct 7 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ anthonyh       DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH DRISCOLL

PLAINTIFF,

vs.

METLIFE INSURANCE; ANHEUSER-BUSCH INBEV

INC and DOE(s) 1-100.

DEFENDANTS.

Case No.: 3:15-cv-01162-BTM-LL
Honorable Barry Ted Moskowitz

1. PLAINTIFFS RESPONSE TO DEFENDANTS OBJECTION (Dkt.143) DATED 09/03/2021 TO THE CLERKS NOTICE OF JUDGE SAMMARTINO'S DISCLOSURE OF A CONFLICT IN THIS CASE (Dkt.139) AND TO THE CLERKS NOTICE OF POST-JUDGEMENT RECUSAL. ADDITIONALLY, DEFENDANTS OBJECTION WAS UNTIMELY TO PLAINTIFF BECAUSE IT WAS MAILED TO PLAINTIFFS LONG AGO FORMER MAILING ADDRESS
2. CERTIFICATE OF SERVICE FOR ABOVE

**Complaint filed, May 25,2015**

TO THE CLERK OF THE COURT:

Defendant objected to reopening this case (Dkt.143) DATED 09/03/2021 and mailed that court filing to my long ago former mailing address at 8750 Mellmanor Drive, Unit #104, La Mesa, California 91942. My correct address is 519 Stahlman Drive, Bullhead City, Arizona 86442 and has not changed. Consequently, I am just receiving Defendants tardy notice; however, I believe their objection is moot given that this Court has already reopened this case. Defendant needs to correct this mailing error and ensure that any subsequent mailings are timely mailed to Plaintiff.

Dated this 4Th day of October 4, 2021

CERTIFICATE OF SERVICE: I hereby certify the forgoing to be true and that copies of this brief have been mailed to the Clerk of the Court for timely filing and that Defendant was sent a copy via USPO, Bullhead City Arizona 86442 on October 4, 2021.

Respectfully submitted,

*(signature)*

BRIAN JOSEPH DRISCOLL, PRO SE

END//

October 4, 2021

United States District Court
Southern District of California
Office of the Clerk of Court
Clerk of the Court; attention John Morrill
333 West Broadway, Suite 420
San Diego, California 92101-3806.

Dear Mr. Morrill,

Case No.: 15-cv-1162-BTM-LL ( formerly 15-cv-1162-JLS-LL)

I wish to file the following documents:

1. PLAINTIFFS RESPONSE TO DEFENDANTS RESPONSE AND OBJECTION TO CLERK OF THE COURT NOTICE OF POST-JUDGEMENT RESCUSAL (Dkt.143) OF JUDGE SAMMARTINO'S DISCLOSURE OF A CONFLICT IN THIS CASE (Dkt.139).
2. CERTIFICATE OF SERVICE FOR ABOVE

I have included 4 copies and an additional copy I wish to have stamped by the court and returned to me.

Thank you in advance to your prompt attention, If you have any questions, I can be reached at 298-296-0473 or at 661-373-5632.

Sincerely

Brian J. Driscoll
519 Stahlman Drive
Bullhead City, Arizona 86442
Enclosures mentioned

Brian J. Priscoll
569 Stahlman Dr
Bullhead City AZ
86442



RECEIVED
OCT 07 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

United States District Court
So. District of California
Office of The Clerk of The Court
Clerk of The Court John Morrill
333 W Broadway, Suite 420
San Diego CA 92101-3806