UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CASES TO BE TRANSFERRED TO THE CALENDAR OF THE HONORABLE JINSOOK OHTA | **ORDER OF TRANSFER** |

The following cases are transferred from the calendar of the Honorable Cathy Ann Bencivengo to the calendar of the Honorable Jinsook Ohta. After this transfer, the case number should be changed to reflect the initials of Judge Ohta. Therefore, in all case numbers, the "CAB" that appears after the case number should be changed to "JO." The assigned magistrate judge will remain the same. This change should be made on all future filings to ensure that all documents are properly sent to Judge Ohta. All dates currently set before Judge Bencivengo are vacated and will be reset by Judge Ohta. Dates before the Magistrate Judge are unaffected by this Order.

///

///

///

///

| | Case Number | Case Title |
|---|---|---|
| 1. | 3:2015-cv-01162-CAB-AHG | *Driscoll v. MetLife Insurance et al* |
| 2. | 3:2021-cv-00457-CAB-KSC | *Beeman v. City of San Diego et al.* |
| 3. | 3:2021-cv-00581-CAB-WVG | *Watts v. City of Chula Vista et al.* |
| 4. | 3:2021-cv-01285-CAB-BLM | *Roettgen v. Paramo et al* |
| 5. | 3:2021-cv-01316-CAB-JLB | *Nosirrah Management, LLC v. Franklin Wireless Corp. et al* |
| 6. | 3:2021-cv-01430-CAB-WVG | *Coppel v. Seaworld Parks & Entertainment, Inc. et al.* |
| 7. | 3:2021-cv-01603-CAB-JLB | *Barrett v. GEO et al* |
| 8. | 3:2021-cv-01669-CAB-MSB | *Securities and Exchange Commission v. Choice Advisors, LLC et al.* |
| 9. | 3:2021-cv-01696-CAB-RBB | *Dalfio v. Assef et al* |
| 10. | 3:2021-cv-01762-CAB-JLB | *Rodriguez v. Newsom et al* |
| 11. | 3:2021-cv-01993-CAB-MSB | *Trenton v. Carmax, Inc et al* |
| 12. | 3:2021-cv-02025-CAB-KSC | *Dunsmore v. Burton et al* |
| 13. | 3:2021-cv-02029-CAB-KSC | *Severin v. Beuck* |
| 14. | 3:2021-cv-02079-CAB-BLM | *Wiggins v. Office of Workers Compensation Programs et al.* |
| 15. | 3:2021-cv-02086-CAB-JLB | *Tuck v. Graves et al* |
| 16. | 3:2021-cv-02118-CAB-MDD | *Nava v. Countrywide Mechanical Systems, Inc. et al.* |

**IT IS SO ORDERED.**

Dated: January 3, 2022

Hon. Cathy Ann Bencivengo
United States District Judge