AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

BRIAN JOSEPH DRISCOLL,
                    Plaintiff (s),

V.

METROPOLITAN LIFE INSURANCE COMPANY,
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-01162-JO-AHG

Notice is hereby given that, subject to approval by the court, __Defendant__ substitutes
(Party (s) Name)

__MISTY A. MURRAY__, State Bar No. __196870__ as counsel of record in
(Name of New Attorney)

place of __Misty A. Murray at HINSHAW & CULBERTSON LLP - 350 S. Grand Ave., Ste. 3600, LA CA 90071__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Misty A. Murray, Esq. --- MAYNARD, COOPER & GALE
    Address: 1925 Century Park East Ste. 1700, Los Angeles, CA 90067
    Telephone: (310) 596-4377    Facsimile:
    E-Mail (Optional): Misty.Murray@maynardcooper.com

I consent to the above substitution.
Date: 1/11/2022                    Digitally signed by Clifford Scott
                                Date: 2022.01.13 16:30:00 -05'00'
(Signature of Party (s))

I consent to being substituted.
Date: 1/11/2022                      /s/ Misty A. Murray
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/11/2022                      /s/ Misty A. Murray
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/14/2022                      _____
                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**