1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JOSEPH DRISCOLL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>METLIFE INSURANCE, ANHEUSER-BUSCH INBEV INC. and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No. 3:15-cv-1162 -JO-AHG<br><br>(Honorable Jinsook Ohta)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed: May 26, 2015 |

## ORDER

Pursuant to the Joint Motion of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 6|9|, 2022

_____
HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE